# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

WEN Y. CHIANG,                    CASE NO. _____

         Plaintiff,

    vs.

EQUIFAX INFORMATION SERVICES, LLC;
TRANSUNION CREDIT INFORMATION; and
EXPERIAN INFORMATION SOLUTIONS, INC.,

         Defendants.

_____

## TRANS UNION, LLC'S NOTICE OF REMOVAL
_____

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Commonwealth of Massachusetts, Suffolk County Superior Court to the United States District Court for the District of Massachusetts, on the following grounds:

     1.      Plaintiff Wen Y. Chiang served Trans Union on or about May 8, 2012, with a Summons and Complaint filed in the Commonwealth Of Massachusetts, Superior Court, Massachusetts. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

     2.      Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 18-43.

3.  This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question.  As alleged, this suit falls within the FCRA which thus supplies this federal question.

4.  Pursuant to 28 U.S.C. § 1441, *et seq.*, this cause may be removed from the Commonwealth of Massachusetts, Suffolk County Superior Court to the United States District Court for the District of Massachusetts.

5.  As of the date of this Notice Of Removal, Defendants Experian Information Solutions, Inc. ("Experian") and Equifax Information Services, LLC ("Equifax") have been served.  Counsel for Trans Union has contacted counsel for Experian and Equifax and they have consented to this removal as evidenced by the consents attached hereto as **Exhibit C** and **Exhibit D**.

6.  Notice of this removal has been or will promptly be filed with the Commonwealth of Massachusetts, Suffolk County Superior Court and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Commonwealth of Massachusetts, Suffolk County Superior Court to this United States District Court for the District of Massachusetts.

Dated:  May 29, 2012

Respectfully submitted,

*/s/Mardic A. Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone:  (617) 723-2525
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Trans Union, LLC (improperly identified as Transunion Credit Information)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29th day of May, 2012**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

|  |  |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29th day of May, 2012**, properly addressed as follows:

| **for Plaintiff Wen Y. Chiang**<br>Michael DeMarco, Esq.<br>Law Offices of Michael P. DeMarco<br>277 Linden Street, Suite 200<br>Wellesley, MA  02482 |  |
|---|---|

/s/Mardic A. Marashian
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
77 Franklin Street
Boston, MA  02110
Telephone:  (617) 723-2525
Fax:  (617) 723-3163
E-Mail:  mardic@boninmarashian.com

*Counsel for Trans Union, LLC (improperly identified as Transunion Credit Information)*