UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WEN Y. CHIANG, )<br>)<br>   Plaintiff )<br>) <br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC; TRANS UNION CREDIT )<br>INFORMATION; EXPERIAN )<br>INFORMATION SOLUTIONS, INC., )<br>)<br>   Defendants. )<br>) | CIVIL ACTION<br>NO. 12-10950-RWZ |

### NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOW COMES Plaintiff, Wen Y. Chiang, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and voluntarily dismisses with prejudice the above-referenced action against Equifax Information Services LLC, only, with each party to bear its own fees and costs.

Respectfully submitted,

By:    /s/ Isaac H. Peres
Isaac H. Peres, BBO #545149
689 Massachusetts Avenue
Cambridge, MA 02139
(617) 821-9824
isaacperes@comcast.net

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing NOTICE OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC by personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP 5(B)(2)(D) to the person listed below:

>Brian J. Olson
>King & Spalding
>1180 Peachtree Street, N.E.
>Atlanta, Georgia 30309
>(404) 215-5806
>(404) 572-5100
>bjolson@kslaw.com

Dated: July 27, 2012.

>_____/s/ Isaac H. Peres_____
>Isaac H. Peres