UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10950-RWZ

WEN Y. CHIANG

v.

EQUIFAX INFORMATION SERVICES, LLC, *et al.*

ORDER
September 27, 2012

ZOBEL, D.J.

　　Plaintiff, Wen Y Chiang, sued defendants, three credit reporting agencies, Trans Union LLC, Equifax Engineering Services, LLC, and Experian Information Solutions, Inc., for violations of the Federal Credit Reporting Act, 15 U.S.C. § 1681, the Massachusetts Consumer Protection Act, Mass. Gen. L. c. 93A, "Fraud and Neglect," "Intentional Torts," and "Emotional Distress."  Trans Union has moved to dismiss the complaint in its entirety (Docket # 4).  Experian moved to join the motion (Docket # 7), which motion was previously allowed.  On June 19, and again on July 13, 2012, plaintiff sought an extension of time to file an opposition.  Both motions were allowed, the latter over defendants' opposition.  As a result the opposition was due on August 3, and the court noted that there would be no further extensions.  No opposition has been filed.  Therefore, the motion to dismiss is allowed without opposition and on the merits.

Plaintiff voluntarily dismissed the claims against Equifax (Docket # 14).

Finally, the motion of counsel for plaintiff to withdraw his appearance (Docket # 15) is allowed.

Judgment may be entered dismissing the Amended Complaint in its entirety.

|   |   |
|---|---|
| September 27, 2012 | /s/Rya W. Zobel |
| DATE | RYA W. ZOBEL |
|  | UNITED STATES DISTRICT JUDGE |